**HCDistrictclerk.com**     ALATTAR, KHALED vs. CASEY, KEVAN          2/6/2014
                            Cause: 201254501     CDI: 7     Court: 113

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SUMMARY

| CASE DETAILS | | COURT DETAILS | |
|---|---|---|---|
| File Date | 9/18/2012 | Court | 113th |
| Case (Cause) Location | Civil Intake 1st Floor | Address | 201 CAROLINE (Floor: 10) HOUSTON, TX 77002 Phone:7133686113 |
| Case (Cause) Status | Ready Docket | | |
| Case (Cause) Type | FRAUD | JudgeName | MICHAEL LANDRUM |
| Next/Last Setting Date | 2/7/2014 | Court Type | Civil |
| Jury Fee Paid Date | 1/29/2014 | | |

| Adjunct Case Number | Consolidation Date | Deconsolidation Date |
|---|---|---|
| 201326592 | 11/27/2013 | |

## APPEALS

| Action Type | Action | Date | Cost |
|---|---|---|---|
| | | 11/14/2013 | $ 0.00 |
| Court Assignment | Assigned to 14th Court of Appeals | 11/14/2013 | $ 0.00 |
| Notice of Appeal Has Been Filed | Accellerated Appeal | 11/14/2013 | $ 0.00 |
| Transcript Action | Transcript Requested | 11/15/2013 | $ 0.00 |
| Transcript Action | Transcript Requested | 11/21/2013 | $ 0.00 |
| Transcript Action | Transcript Completed | 12/9/2013 | $ 386.00 |
| Transcript Action | Original Transcript Delivered | 12/12/2013 | $ 0.00 |
| Transcript Action | Transcript Paid | 12/12/2013 | $ 0.00 |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| ALATTAR, KHALED | PLAINTIFF - CIVIL | | KELLER, BRIAN |
| CASEY, KEVAN | DEFENDANT - CIVIL | | HOPKINS, JASON |
| CASEY, KEVAN | INTERVENOR DEFENDANT | | |
| HUTTNER, FREDERICK (INDIVIDUAL) | DEFENDANT - CIVIL | | KARCHMER, JEFFREY |
| TOP GEAR INC (NKA LUXEYARD INC) | DEFENDANT - CIVIL | | SHEENA, DANNY M. |
| LUXERYARD INC | DEFENDANT - CIVIL | | |

| | | SHEENA, DANNY M. |
| LUXERYARD INC | CROSS PLAINTIFF | KENNEDY, KEVIN T |
| FRIEDLANDER, JONATHAN (INDIVIDUAL) | DEFENDANT - CIVIL | CLOUSTON, DAVID REESE |
| FRIEDLANDER, JONATHAN (INDIVIDUAL) | INTERVENOR DEFENDANT | |
| GANN, SCOTT (INDIVIDUAL) | DEFENDANT - CIVIL | CLOUSTON, DAVID REESE |
| GANN, SCOTT (INDIVIDUAL) | INTERVENOR DEFENDANT | |
| ANSLOW & JACLIN LLP (NEW JERSEY LIMITED LIABILITY PARTNERSHIP) | REGISTERED AGENT | |
| TOP GEAR INC (NKA LUXERYARD INC) (DELAWARE CORPORATION) | REGISTERED AGENT | |
| CAMARILLO, JONATHAN | DEFENDANT - CIVIL | HELLINGER, MARK S. |
| CAMARILLO, JONATHAN | INTERVENOR DEFENDANT | |
| THE JONATHAN CAMARILLO TRUST | DEFENDANT - CIVIL | HELLINGER, MARK S. |
| THE JONATHAN CAMARILLO TRUST | INTERVENOR DEFENDANT | |
| JONATHAN CAMARILLO (THE) BY SERVING THE REGISTERED AGENT | REGISTERED AGENT | |
| DAGHIGHI, BABAK | INTERVENOR PLAINTIFF | KENNEDY, KEVIN T |
| JINSUN LLC (A FOREIGN WYOMING LIMITED LIABILITY COMPANY) MAY BE SERVED | REGISTERED AGENT | JURICA, SONDRA |
| BARTLETT, WILLIAM W (JR) | DEFENDANT - CIVIL | ENGELHARDT, STEVEN |
| 506 RAMBLEWOOD, HOUSTON, TX 77079 | | |
| BARTLETT, WILLIAM W (JR) | CROSS DEFENDANT | |
| 506 RAMBLEWOOD, HOUSTON, TX 77079 | | |
| LISMAN, KEVIN | DEFENDANT - CIVIL | ENGELHARDT, STEVEN |
| 2621 TALBOT, HOUSTON, TX 77005 | | |
| LISMAN, KEVIN | THIRD PARTY DEFENDANT | |
| 2621 TALBOT, HOUSTON, TX 77005 | | |
| LISMAN, KEVIN | CROSS DEFENDANT | |
| 2621 TALBOT, HOUSTON, TX 77005 | | |
| HUDSON, THOMAS | DEFENDANT - CIVIL | ENGELHARDT, STEVEN |
| 5250 N SAM HOUSTON PARKWAY W NO 100, HOUSTON, TX 77086 | | |
| HUDSON, THOMAS | THIRD PARTY DEFENDANT | |
| 5250 N SAM HOUSTON PARKWAY W NO 100, HOUSTON, TX 77086 | | |
| HUDSON, THOMAS | CROSS DEFENDANT | |
| 5250 N SAM HOUSTON PARKWAY W NO 100, HOUSTON, TX 77086 | | |
| BROMPTON GROUP NA LLC | DEFENDANT - CIVIL | ENGELHARDT, STEVEN |
| BROMPTON GROUP NA LLC | THIRD PARTY DEFENDANT | |
| BROMPTON GROUP NA LLC | CROSS DEFENDANT | |
| ISEN, LAWRENCE (AKA ISEN FAMILY TRUST) | DEFENDANT - CIVIL | |
| 10673 HUNTERS GLEN, SAN DIEGO, CA 92130 | | |
| ISEN, LAWRENCE (AKA ISEN FAMILY TRUST) | THIRD PARTY DEFENDANT | |
| 10673 HUNTERS GLEN, SAN DIEGO, CA 92130 | | |
| ISEN FAMILY TRUST | DEFENDANT - CIVIL | |

ISEN FAMILY TRUST                                    THIRD PARTY DEFENDANT

ISEN FAMILY TRUST                                    CROSS DEFENDANT

NAGELBERG, DAVID S                                   DEFENDANT - CIVIL
    939 COAST BLVD SUITE 21-DE, LA JOLLA, CA 92037

NAGELBERG, DAVID S                                   THIRD PARTY DEFENDANT
    939 COAST BLVD SUITE 21-DE, LA JOLLA, CA 92037

NAGELBERG, DAVID S                                   CROSS DEFENDANT
    939 COAST BLVD SUITE 21-DE, LA JOLLA, CA 92037

BARAL, LANCE                                         DEFENDANT - CIVIL
    2304 CEDARDALE PLACE, LAS VEGAS, NV 89124

BARAL, LANCE                                         THIRD PARTY DEFENDANT
    2304 CEDARDALE PLACE, LAS VEGAS, NV 89124

BARAL, LANCE                                         CROSS DEFENDANT
    2304 CEDARDALE PLACE, LAS VEGAS, NV 89124

KAY HOLDINGS INC                                     DEFENDANT - CIVIL

KAY HOLDINGS INC                                     THIRD PARTY DEFENDANT

KAY HOLDINGS INC                                     CROSS DEFENDANT

LEE, JOSEPH R                                        DEFENDANT - CIVIL
    7550 HINSON ST 12C, ORLANDO, FL 33040

EQUITY HIGHRISE INC                                  DEFENDANT - CIVIL          CLOUSTON,
                                                               DAVID REESE

TROTTER, MARK                                        DEFENDANT - CIVIL          DAVIDSON,
                                                               CHARLEY A.

    5420 LA JOLLA BLVD B-102, LA JOLLA, CA 92037

SATER, JEFFREY A                                     DEFENDANT - CIVIL
    24061 NORTH CHRUCH ROAD, SCOTTSDALE, AZ 85255

SATER, JEFFREY A                                     THIRD PARTY DEFENDANT
    24061 NORTH CHRUCH ROAD, SCOTTSDALE, AZ 85255

SATER, JEFFREY A                                     CROSS DEFENDANT
    24061 NORTH CHRUCH ROAD, SCOTTSDALE, AZ 85255

HACHADORIAN, MESIA HUTTNER                           DEFENDANT - CIVIL
    1972 N CALLE DEL SUERTE, TUSCON, AZ 85745

HUTTNER 1999 PARTNERSHIP LTD                         DEFENDANT - CIVIL          KARCHMER,
                                                               JEFFREY

LAMONT, JEFF                                         DEFENDANT - CIVIL          ENGELHARDT,
                                                               STEVEN

    5750 WILSHIRE BLVD SUITE 600M, LOS ANGELES, CA 90036

LAMONT, JEFF                                         CROSS DEFENDANT
    5750 WILSHIRE BLVD SUITE 600M, LOS ANGELES, CA 90036

BROMPTON GROUP NA LLC BY SERVING                     REGISTERED AGENT
THROUGH ITS REGISTERED AGENT KIERAN
    3050 N POST OAK LANE SUITE 400, HOUSTON, TX 77056

KAY HOLDINGS INC BY SERVING THROUGH ITS   DEFENDANT - CIVIL
REGISTERED AGENT SAGE
    1135 TERMINAL WAY SUITE 209, RENO, NV 00817

KAY HOLDINGS INC BY SERVING THROUGH ITS   REGISTERED AGENT
REGISTERED AGENT SAGE
    1135 TERMINAL WAY SUITE 209, RENO, NV 00817

EQUITY HIGHRISE INC BY SERVING ITS        REGISTERED AGENT
REGISTERED AGENT OR JONATHAN

5348 VEGAS DRIVE, LAS VEGAS, NV 89108

HUTTNER 1999 PARTNERSHIP LTD BY SERVING    REGISTERED AGENT
ITS REGISTERED AGENT GARY W

4265 SAN FELIPE ST SUITE 1200, HOUSTON, TX 77027

| | | |
|---|---|---|
| ALLEN, TOMMY | DEFENDANT - CIVIL | ENGELHARDT, STEVEN |

22 GATE HILL DRIVE, SPRING, TX 77381

| | | |
|---|---|---|
| ALLEN, TOMMY | CROSS DEFENDANT | |

22 GATE HILL DRIVE, SPRING, TX 77381

| | | |
|---|---|---|
| lee, Joseph | DEFENDANT - CIVIL | CLOUSTON, DAVID REESE |
| FAR EAST STRATEGIES LLC | DEFENDANT - CIVIL | HOPKINS, JASON |
| ACADIA HOLDING COPORATION | DEFENDANT - CIVIL | |
| ACADIA HOLDING COPORATION | THIRD PARTY DEFENDANT | |
| ACADIA HOLDING COPORATION | CROSS DEFENDANT | |
| LAZY BEAR LLC | DEFENDANT - CIVIL | MOSELEY, LESLYE ELLEN |
| LEE BEAR LLC | DEFENDANT - CIVIL | MOSELEY, LESLYE ELLEN |
| SUN BEAR LLC | DEFENDANT - CIVIL | MOSELEY, LESLYE ELLEN |
| OSO CAPITAL LLC | DEFENDANT - CIVIL | MOSELEY, LESLYE ELLEN |

FAR EAST STRATEGIES LLC MAY BE SERVED BY    REGISTERED AGENT
SERVING ITS REGISTERED AGENT

5348 VAGAS DRIVE, LAS VEGAS, NV 89108

ACADIA HOLDING CORPORATION MAY BE    REGISTERED AGENT
SERVED BY SERVING ITS REGISTERED

3 W BROAD OAKS DRIVE, HOUSTON, TX 77056

LAZY BEAR LLC MAY BE SERVED BY SERVING    REGISTERED AGENT
ITS REGISTERED AGENT SCOTT GANN

5220 SPRING VALLEY SUITE, 195, DALLAS, TX 75254

LEE BEAR LLC MAY BE SERVED BY SERVING ITS    REGISTERED AGENT
REGISTERED AGENT

900 JACKSON STREET SUITE, 440, DALLAS, TX 75202

SUN BEAR LLC MAY BE SERVED BY SERVING    REGISTERED AGENT
ITS REGISTERED AGENT SCOTT GANN

5200 SPRING VALLEY SUITE, 195, DALLAS, TX 75254

OSO CAPITAL LLC MAY BE SERVED BY SERVING    REGISTERED AGENT
ITS REGISTERED AGENT

5220 SPRING VALLEY SUITE, 195, DALLAS, TX 75254

| | | |
|---|---|---|
| Sater, Jeffrey | DEFENDANT - CIVIL | BISSINGER, DAVID KENT |
| ALLEN, TOMMY | DEFENDANT - CIVIL | |

22 GATE HILL DRIVE, SPRING, TX 77381

| | | |
|---|---|---|
| ALLEN, TOMMY | CROSS DEFENDANT | |

22 GATE HILL DRIVE, SPRING, TX 77381

| | | |
|---|---|---|
| JINSUN LLC | DEFENDANT - CIVIL | JURICA, SONDRA |
| Isen, Lawrence | DEFENDANT - CIVIL | HENDERSON, J. RANDLE |

| | | |
|---|---|---|
| Isen Trust | DEFENDANT - CIVIL | HENDERSON, J. RANDLE |
| LUXE YARD INC | THIRD PARTY PLAINTIFF | KENNEDY, KEVIN T |
| BAHR, DAVID | THIRD PARTY DEFENDANT | |
| BAHR, DAVID | CROSS DEFENDANT | |
| GLOBEX TRANSFER LLC | THIRD PARTY DEFENDANT | |
| GLOBEX TRANSFER LLC | CROSS DEFENDANT | |
| GLOBEX TRANSFER LLC | CROSS DEFENDANT | |
| WESTOR CAPITAL GROUP INC | THIRD PARTY DEFENDANT | |
| WESTOR CAPITAL GROUP INC | CROSS DEFENDANT | |
| WESTOR CAPITAL GROUP INC | CROSS DEFENDANT | |
| APEX CLEARING CORPORATION (F/K/A PENSON FINANCIAL SERVICES INC) | THIRD PARTY DEFENDANT | |
| APEX CLEARING CORPORATION (F/K/A PENSON FINANCIAL SERVICES INC) | CROSS DEFENDANT | |
| APEX CLEARING CORPORATION (F/K/A PENSON FINANCIAL SERVICES INC) | CROSS DEFENDANT | |
| WILSON DAVIS & CO | THIRD PARTY DEFENDANT | |
| WILSON DAVIS & CO | CROSS DEFENDANT | |
| WILSON DAVIS & CO | CROSS DEFENDANT | |
| LING, TREVOR | THIRD PARTY DEFENDANT | |
| LING, TREVOR | CROSS DEFENDANT | |
| LING, TREVOR | CROSS DEFENDANT | |
| SHAW, DOUG | THIRD PARTY DEFENDANT | |
| SHAW, DOUG | CROSS DEFENDANT | |
| NEXT MEDIA LLC | THIRD PARTY DEFENDANT | |
| NEXT MEDIA LLC | CROSS DEFENDANT | |
| GLOBEX TRANSFER LLC MAY BE SERVED BY SERVING MICHAEL J TURNER III | REGISTERED AGENT | |
| WESTOR CAPITAL GROUP INC MAY BE SERVED BY SERVING RICHARD BACH | REGISTERED AGENT | |
| APEX CLEARING CORPORATION (F/K/A PENSON FINANCIAL SERVICES INC) MAY BE | REGISTERED AGENT | |
| WILSON DAVIS & CO MAY BE SERVED BY SERVING LYLE W. DAVIS | REGISTERED AGENT | |
| NEXT MEDIA LLC | THIRD PARTY DEFENDANT | |
| NEXT MEDIA LLC | CROSS DEFENDANT | |
| NBT GROUP LLC | THIRD PARTY DEFENDANT | |
| NBT GROUP LLC | CROSS DEFENDANT | |
| SMITH, TOBIN | THIRD PARTY DEFENDANT | |
| SMITH, TOBIN | CROSS DEFENDANT | |
| SANO HOLDINGS INC | THIRD PARTY DEFENDANT | |
| SANO HOLDINGS INC | CROSS DEFENDANT | |
| KLINEK, ROBERT | THIRD PARTY DEFENDANT | |
| KLINEK, ROBERT | CROSS DEFENDANT | |
| PACK, SUSAN | THIRD PARTY DEFENDANT | |
| PACK, SUSAN | CROSS DEFENDANT | |
| KOMOROCZY, LISA ANN | THIRD PARTY DEFENDANT | |
| KOMOROCZY, LISA ANN | CROSS DEFENDANT | |
| CROWLEY, SEAN | THIRD PARTY DEFENDANT | |
| CROWLEY, SEAN | CROSS DEFENDANT | |

| | |
|---|---|
| GLECKMAN, ROBERT | THIRD PARTY DEFENDANT |
| GLECKMAN, ROBERT | CROSS DEFENDANT |
| NEXT MEDIA LLC MAY BE SERVED BY SERVING EASTBIZ.COM INC AND/OR | REGISTERED AGENT |
| SANO HOLDINGS INC MAY BE SERVED BY SERVING SAGE INTERNATIONAL INC | REGISTERED AGENT |
| ACADIA HOLDINGS CORPORATION MAY BE SERVED BY SERVING THE CORPORATION | REGISTERED AGENT |
| NBT GROUP LLC MAY BE SERVED BY SERVING REGISTERED AGENT SOLUTIONS INC | REGISTERED AGENT |
| FISHMAN FAMILY TRUST | THIRD PARTY DEFENDANT |
| FISHMAN FAMILY TRUST | CROSS DEFENDANT |
| FISHMAN FAMILY TRUST MAY BE SERVED BY SERVING SHEILA FISHMAN | REGISTERED AGENT |

## INACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| ANSLOW & JACLIN LLP | DEFENDANT - CIVIL | | SHEPHERD, GEORGE WILLIAM III |
| MIRESKANDARI, AMIR (INDIVIDUAL) | DEFENDANT - CIVIL | | SHEENA, DANNY M. |
| BARKAN, RONEN | INTERVENOR PLAINTIFF | | KENNEDY, KEVIN T |
| ANSLOW, RICHARD I | DEFENDANT - CIVIL | | |
| 195 ROUTE 9 SOUTH 2ND FLOOR, MANALAPAN, NJ 07726 | | | |
| JACLIN, GREGG E | DEFENDANT - CIVIL | | |
| 195 ROUTE 9 SOUTH 2ND FLOOR, MANALAPAN, NJ 07726 | | | |

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs /Page | Volume | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 1/29/2014 | ANSWER | | | 0 | | DAVIDSON, CHARLEY A | TROTTER, MARK |
| 1/15/2014 | FOURTEENTH AMENDED ORIGINAL PETITION | | | 0 | | KELLER, BRIAN | ALATTAR, KHALED |
| 11/27/2013 | CROSS ACTION | | | 0 | | KENNEDY, KEVIN T | LUXERYARD INC |
| 11/27/2013 | THIRD PARTY PETITION | | | 0 | | KENNEDY, KEVIN T | LUXE YARD INC |
| 11/22/2013 | ANSWER ORIGINAL PETITION | | | 0 | | HENDERSON, J. RANDLE | Isen, Lawrence |
| 11/22/2013 | ANSWER ORIGINAL PETITION | | | 0 | | HENDERSON, J. RANDLE | Isen Trust |
| 10/31/2013 | THIRTEENTH AMENDED ORIGINAL | | | 0 | | KELLER, BRIAN | ALATTAR, KHALED |
| 10/15/2013 | TWELVETH AMENDED ORIGINAL PETITION | | | 0 | | KELLER, BRIAN | ALATTAR, KHALED |
| 9/9/2013 | ANSWER ELEVENTH AMENDED ORIGINAL PETITION | | | 0 | | ENGELHARDT, STEVEN | LAMONT, JEFF |
| 8/28/2013 | ELEVENTH AMENDED ORIGINAL | | | 0 | | KELLER, BRIAN | ALATTAR, KHALED |
| 8/26/2013 | ANSWER TENTH AMENDED ORIGINAL PETITION | | | 0 | | ENGELHARDT, STEVEN | ALLEN, TOMMY |
| 8/19/2013 | ANSWER ORIGINAL PETITION | | | 0 | | JURICA, SONDRA | FAR EAST STRATEGIES LLC |
| 8/16/2013 | | | | 0 | | KELLER, BRIAN | ALATTAR, KHALED |

| | | | | |
|---|---|---|---|---|
| | TENTH AMENDED ORIGINAL PETITION | | | |
| 8/6/2013 | NINTH AMENDED ORIGINAL PETITION | 0 | OLDHAM, JOHN THOMAS | ALATTAR, KHALED |
| 7/26/2013 | ANSWER ORIGINAL PETITION | 0 | MOSELEY, LESLYE ELLEN | LEE BEAR LLC |
| 7/26/2013 | ANSWER ORIGINAL PETITION | 0 | MOSELEY, LESLYE ELLEN | SUN BEAR LLC |
| 7/26/2013 | ANSWER ORIGINAL PETITION | 0 | MOSELEY, LESLYE ELLEN | OSO CAPITAL LLC |
| 7/26/2013 | EIGHTH AMENDED ORIGINAL PETITION | 0 | KELLER, BRIAN | ALATTAR, KHALED |
| 7/26/2013 | ANSWER ORIGINAL PETITION | 0 | MOSELEY, LESLYE ELLEN | LAZY BEAR LLC |
| 7/24/2013 | ANSWER FIFTH AMENDED ORIGINAL PETITION | 0 | BISSINGER, DAVID KENT | Sater, Jeffrey |
| 7/23/2013 | ANSWER ORIGINAL PETITION | 0 | KARCHMER, JEFFREY | HUTTNER 1999 PARTNERSHIP LTD |
| 7/2/2013 | ANSWER FIFTH AMENDED ORIGINAL PETITION | 0 | ENGELHARDT, STEVEN | BROMPTON GROUP NA LLC |
| 7/2/2013 | ANSWER FIFTH AMENDED ORIGINAL PETITION | 0 | ENGELHARDT, STEVEN | BARTLETT, WILLIAM W (JR) |
| 7/2/2013 | ANSWER FIFTH AMENDED ORIGINAL PETITION | 0 | ENGELHARDT, STEVEN | HUDSON, THOMAS |
| 7/2/2013 | ANSWER FIFTH AMENDED ORIGINAL PETITION | 0 | ENGELHARDT, STEVEN | LISMAN, KEVIN |
| 6/28/2013 | ANSWER ORIGINAL PETITION | 0 | CLOUSTON, DAVID REESE | lee, Joseph |
| 6/28/2013 | ANSWER ORIGINAL PETITION | 0 | CLOUSTON, DAVID REESE | EQUITY HIGHRISE INC |
| 6/26/2013 | SEVENTH AMENDED ORIGINAL PETITION | 0 | KELLER, BRIAN | ALATTAR, KHALED |
| 6/4/2013 | FIFTH AMENDED ORIGINAL PETITION | 0 | GREENE, MITCHELL A. | ALATTAR, KHALED |
| 5/29/2013 | FIRST AMENDED ANSWER FOURTH AMENDED ORIGINAL PETIT | 0 | SHEENA, DANNY M. | LUXERYARD INC |
| 5/29/2013 | FIRST AMENDED ANSWER FOURTH AMENDED ORIGINAL PETIT | 0 | SHEENA, DANNY M. | MIRESKANDARI, AMIR (INDIVIDUAL) |
| 5/20/2013 | ANSWER ORIGINAL PETITION | 0 | JURICA, SONDRA | JINSUN LLC (A FOREIGN WYOMING LIMITED LIABILITY COMPANY) MAY BE SERVED |
| 3/8/2013 | THIRD AMENDED ORIGINAL PETITION | 0 | KELLER, BRIAN | ALATTAR, KHALED |
| 2/13/2013 | SECOND SUPPLEMENTAL PETITION | 0 | SCARBOROUGH, HARRY LLOYD | ALATTAR, KHALED |
| 2/8/2013 | SECOND AMENDED ORIGINAL PETITION | 0 | KELLER, BRIAN | ALATTAR, KHALED |
| 1/21/2013 | ANSWER ORIGINAL PETITION | 0 | MEADOWS, CHARLES M. JR. | CAMARILLO, JONATHAN |
| 1/21/2013 | ANSWER ORIGINAL PETITION | 0 | MEADOWS, CHARLES M. JR. | THE JONATHAN CAMARILLO TRUST |
| 1/17/2013 | INTERVENTION | 0 | COLBERT, KEVIN L. | BARKAN, RONEN |
| 1/17/2013 | INTERVENTION | 0 | COLBERT, KEVIN L. | DAGHIGHI, BABAK |
| 1/11/2013 | MOTION STAY | 0 | KAPLAN, CASEY PAUL | CASEY, KEVAN |
| 1/11/2013 | MOTION STAY | 0 | KAPLAN, CASEY PAUL | |

| | | | | | FRIEDLANDER, JONATHAN (INDIVIDUAL) |
|---|---|---|---|---|---|
| 1/11/2013 | MOTION STAY | 0 | | KAPLAN, CASEY PAUL | GANN, SCOTT (INDIVIDUAL) |
| 1/11/2013 | MOTION STAY | 0 | | KAPLAN, CASEY PAUL | HUTTNER, FREDERICK (INDIVIDUAL) |
| 12/18/2012 | FIRST AMENDED ORIGINAL PETITION | 0 | | KELLER, BRIAN | ALATTAR, KHALED |
| 10/31/2012 | ANSWER ORIGINAL PETITION | 0 | | PETRONIO, BETH BIVANS | HUTTNER, FREDERICK (INDIVIDUAL) |
| 10/29/2012 | ANSWER ORIGINAL PETITION | 0 | | JURICA, SONDRA | CASEY, KEVAN |
| 10/24/2012 | ANSWER ORIGINAL PETITION | 0 | | COLBERT, KEVIN L. | MIRESKANDARI, AMIR (INDIVIDUAL) |
| 10/24/2012 | ANSWER ORIGINAL PETITION | 0 | | COLBERT, KEVIN L. | TOP GEAR INC (NKA LUXEYARD INC) |
| 10/24/2012 | ANSWER ORIGINAL PETITION | 0 | | SHEPHERD, GEORGE WILLIAM III | ANSLOW & JACLIN LLP |
| 10/19/2012 | ANSWER ORIGINAL PETITION | 0 | | CLOUSTON, DAVID REESE | FRIEDLANDER, JONATHAN (INDIVIDUAL) |
| 10/19/2012 | ANSWER ORIGINAL PETITION | 0 | | CLOUSTON, DAVID REESE | GANN, SCOTT (INDIVIDUAL) |
| 9/18/2012 | ORIGINAL PETITION | 0 | | SCARBOROUGH, HARRY LLOYD | ALATTAR, KHALED |

## SETTINGS

| Date | Court Post Jdgm | Docket Type | Reason | Results | Comments | Requesting Party |
|---|---|---|---|---|---|---|
| 12/14/2012 09:00 AM | 113 | Law Day Docket | Motion to Compel Production | Passed | PER CYNTHIA 736 222 6400 | KELLER, BRIAN |
| 5/22/2013 10:30 AM | 113 | Presetting Teleconference | STATUS CONFERENCE | Hearing Held | REMOVE FROM BKRUPTCY | |
| 5/31/2013 02:00 PM | 113 | Law Day Docket | SPECIAL APPEARANCE (TRCP 120A) | Denied | | SHEPHERD, GEORGE WILLIAM III |
| 5/31/2013 02:00 PM | 113 | Law Day Docket | STRIKE PLEAD - MTN TO (TRCP 168) | Hearing Held | ON RECORD | KELLER, BRIAN |
| 6/14/2013 02:30 PM | 113 | Law Day Docket | MOTION FOR ORAL HEARING | Hearing Held | ADV | KELLER, BRIAN |
| 7/08/2013 08:00 AM | 113 | Submission Docket (Local Rule 12) | Motion to Compel Production | Re-Set | DEF DEMAND FOR ORAL HEARING | KELLER, BRIAN |
| 7/12/2013 09:00 AM | 113 | Law Day Docket | Motion to Compel Production | Re-Set | PER COURT | KELLER, BRIAN |
| 7/12/2013 09:00 AM | 113 | Law Day Docket | MOTION FOR PROTECTION FROM DISCOVERY REQUEST | Re-Set | RESET PER COURT | JURICA, SONDRA |
| 7/12/2013 01:00 PM | 113 | Law Day Docket | OBJECTION TO DISCOVERY REQUEST (TRCP 166B) | Hearing Held | CIRCULATE ORD | |
| 7/12/2013 01:00 PM | 113 | Law Day Docket | QUASH DEPOSITIONS - MOTION TO (TRCP 186B) | Hearing Held | CIRCULATE ORD ON DEPO | KELLER, BRIAN |
| 7/12/2013 01:00 PM | 113 | Law Day Docket | MOTION FOR PROTECTION FROM DISCOVERY REQUEST | Passed | BY JURICA 7-12-13 | JURICA, SONDRA |
| 7/12/2013 01:00 PM | 113 | Law Day Docket | SPECIAL EXCEPTIONS (TRCP 91) | Passed | BY MOSELEY | MOSELEY, LESLYE ELLEN |
| 7/12/2013 01:00 PM | 113 | Law Day Docket | Motion to Compel Production | Hearing Held | | KELLER, BRIAN |

| | | | | | & COMPEL DEPO/CIRCULATE ORD | |
|---|---|---|---|---|---|---|
| 7/19/2013 09:00 AM | 113 | Law Day Docket | MOTION FOR PROTECTION FROM DISCOVERY REQUEST | Re-Set | PER NOLA 713 209 2950 | JURICA, SONDRA JONES |
| 7/19/2013 09:00 AM | 113 | Law Day Docket | Motion to Compel Production | Re-Set | PER BRIAN KELLER 713 222 6400 | KELLER, BRIAN |
| 7/19/2013 10:00 AM | 113 | Law Day Docket | Motion to Compel Production | Passed | SUBMISSION DOCKET | KELLER, BRIAN |
| 7/22/2013 08:00 AM | 113 | Submission Docket (Local Rule 12) | SUBSTITUTE ATTORNEYS - MOTION TO | Granted | | KENNEDY, KEVIN T |
| 7/22/2013 08:00 AM | 113 | Submission Docket (Local Rule 12) | SPECIAL EXCEPTIONS (TRCP 91) | Granted | OBST. CLM STRIKEN | JURICA, SONDRA |
| 8/09/2013 09:00 AM | 113 | Law Day Docket | QUASH DEPOSITIONS - MOTION TO (TRCP 186B) | Heard (No Ruling Made) | | TAYLOR, THOMAS L. III |
| 8/12/2013 08:00 AM | 113 | Submission Docket (Local Rule 12) | SUBSTITUTED SERVICE - MOTION FOR (TRCP 106) | Passed | WITHDRAWING MTN PER CYNTHIA | KELLER, BRIAN |
| 8/19/2013 08:00 AM | 113 | Submission Docket (Local Rule 12) | SPECIAL EXCEPTIONS (TRCP 91) | Re-Set | DEMAND HRG BY KELLER | MOSELEY, LESLYE ELLEN |
| 8/19/2013 08:00 AM | 113 | Submission Docket (Local Rule 12) | SPECIAL EXCEPTIONS (TRCP 91) | Re-Set | DEMAND BY KELLER | MOSELEY, LESLYE ELLEN |
| 8/19/2013 08:30 AM | 113 | Presetting Teleconference | SPECIAL EXCEPTIONS (TRCP 91) | Granted In Part | COURT TO PREPARE ORD | MOSELEY, LESLYE ELLEN |
| 8/19/2013 08:30 AM | 113 | Presetting Teleconference | STRIKE PLEAD - MTN TO (TRCP 168) | Hearing Held | AS TO SPEX RULING | MOSELEY, LESLYE ELLEN |
| 8/23/2013 10:00 AM | 113 | Law Day Docket | SPECIAL APPEARANCE (TRCP 120A) | Re-Set | | TAYLOR, THOMAS L. III |
| 8/23/2013 02:00 PM | 113 | Law Day Docket | QUASH DEPOSITIONS - MOTION TO (TRCP 186B) | Passed | BY JURICA 8-22-13 | JURICA, SONDRA |
| 8/23/2013 02:00 PM | 113 | Law Day Docket | SPECIAL EXCEPTIONS (TRCP 91) | Passed | BY MOSELY/PREVIOUSLY HELD/ADV | MOSELEY, LESLYE ELLEN |
| 8/23/2013 02:00 PM | 113 | Law Day Docket | SPECIAL EXCEPTIONS (TRCP 91) | Passed | PREVIOUSLY HELD/ADV/MOSELY | MOSELEY, LESLYE ELLEN |
| 8/23/2013 02:00 PM | 113 | Law Day Docket | QUASH DEPOSITIONS - MOTION TO (TRCP 186B) | Passed | BY KELLER 8-22-13 | KELLER, BRIAN |
| 8/23/2013 02:00 PM | 113 | Law Day Docket | SPECIAL APPEARANCE (TRCP 120A) | Passed | BY TAYLOR 8-22-13 | TAYLOR, THOMAS L. III |
| 9/06/2013 10:00 AM | 113 | Law Day Docket | SUMMARY JUDG - MTN PARTIAL (TRCP 166A) | Re-Set | | JURICA, SONDRA |
| 9/13/2013 02:00 PM | 113 | Law Day Docket | OBJECTION TO DISCOVERY REQUEST (TRCP 166B) | Re-Set | | KELLER, BRIAN |
| 9/13/2013 02:00 PM | 113 | Law Day Docket | COMPEL ANS TO INTERROGS - MTN (TRCP 168) | Re-Set | | KELLER, BRIAN |
| 9/13/2013 02:00 PM | 113 | Law Day Docket | OBJECTION TO DISCOVERY REQUEST (TRCP 166B) | Passed | SET TWICE | KELLER, BRIAN |
| 9/20/2013 01:00 PM | 113 | Law Day Docket | SPECIAL EXCEPTIONS (TRCP 91) | Re-Set | | ENGELHARDT, STEVEN |
| 9/20/2013 01:00 PM | 113 | Law Day Docket | SUMMARY JUDG - MTN PARTIAL (TRCP 166A) | Passed | BY JURICA 8-26-13 | JURICA, SONDRA |
| 9/20/2013 03:00 PM | 113 | Law Day Docket | COMPEL APPEAR DEPO - MTN (TRCP 201) | Re-Set | | KELLER, BRIAN |
| 9/20/2013 03:00 PM | 113 | Law Day Docket | Motion to Compel Production | Re-Set | | KELLER, BRIAN |
| 9/20/2013 03:00 PM | 113 | Law Day Docket | Motion to Compel Production | Re-Set | | KELLER, BRIAN |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/20/2013 03:00 PM | 113 | Law Day Docket | OBJECTION TO DISCOVERY REQUEST (TRCP 166B) | Re-Set | | KELLER, BRIAN |
| 9/20/2013 03:00 PM | 113 | Law Day Docket | SPECIAL EXCEPTIONS (TRCP 91) | Hearing Held | ADV | ENGELHARDT, STEVEN |
| 9/27/2013 01:00 PM | 113 | Law Day Docket | Motion to Compel Production | Re-Set | | KELLER, BRIAN |
| 9/27/2013 01:00 PM | 113 | Law Day Docket | COMPEL ANS TO INTERROGS - MTN (TRCP 168) | Re-Set | | KELLER, BRIAN |
| 9/27/2013 01:00 PM | 113 | Law Day Docket | OBJECTION TO DISCOVERY REQUEST (TRCP 166B) | Re-Set | | KELLER, BRIAN |
| 9/27/2013 01:00 PM | 113 | Law Day Docket | Motion to Compel Production | Re-Set | | KELLER, BRIAN |
| 9/27/2013 01:00 PM | 113 | Law Day Docket | MOTION TO APPOINT ARBITRATOR | Hearing Held | ADV | KARCHMER, JEFFREY |
| 9/27/2013 01:00 PM | 113 | Law Day Docket | Motion to Compel Production | Re-Set | | KARCHMER, JEFFREY |
| 9/27/2013 01:00 PM | 113 | Law Day Docket | MOTION FOR CONTINUANCE (FAMILY) | Heard (No Ruling Made) | ADV | MOSELEY, LESLYE ELLEN |
| 10/04/2013 02:00 PM | 113 | Law Day Docket | SUMMARY JUDG - MTN PARTIAL (TRCP 166A) | Re-Set | | KELLER, BRIAN |
| 10/11/2013 01:00 PM | 113 | Law Day Docket | SUMMARY JUDG - MTN PARTIAL (TRCP 166A) | Re-Set | | KELLER, BRIAN |
| 10/11/2013 01:00 PM | 113 | Law Day Docket | COMPEL ANS TO INTERROGS - MTN (TRCP 168) | Hearing Held | | KELLER, BRIAN |
| 10/11/2013 01:00 PM | 113 | Law Day Docket | Motion to Compel Production | Hearing Held | | KARCHMER, JEFFREY |
| 10/11/2013 01:00 PM | 113 | Law Day Docket | Motion to Compel Production | Hearing Held | | KELLER, BRIAN |
| 10/11/2013 01:00 PM | 113 | Law Day Docket | Motion to Compel Production | Hearing Held | | KELLER, BRIAN |
| 10/11/2013 01:00 PM | 113 | Law Day Docket | OBJECTION TO DISCOVERY REQUEST (TRCP 166B) | Hearing Held | | KELLER, BRIAN |
| 11/01/2013 10:00 AM | 113 | Law Day Docket | SPECIAL APPEARANCE (TRCP 120A) | Re-Set | | TAYLOR, THOMAS L |
| 11/01/2013 02:00 PM | 113 | Law Day Docket | QUASH DEPOSITIONS - MOTION TO (TRCP 186B) | Heard (No Ruling Made) | ADV | KELLER, BRIAN |
| 11/01/2013 02:00 PM | 113 | Law Day Docket | COMPEL APPEAR DEPO - MTN (TRCP 201) | Heard (No Ruling Made) | ADV | KELLER, BRIAN |
| 11/01/2013 02:00 PM | 113 | Law Day Docket | CASE CONSOLIDATION (TRCP 174) | Heard (No Ruling Made) | ADV | BISSINGER, DAVID KENT |
| 11/01/2013 02:00 PM | 113 | Law Day Docket | SPECIAL APPEARANCE (TRCP 120A) | Heard (No Ruling Made) | ADV | TAYLOR, THOMAS L |
| 11/08/2013 03:00 PM | 113 | Law Day Docket | SUBSTITUTED SERVICE - MOTION FOR (TRCP 106) | Granted | | KELLER, BRIAN |
| 11/08/2013 03:00 PM | 113 | Law Day Docket | MOTION FOR CONTEMPT | Passed | PER KIMBERLY 713 222 6400 | KELLER, BRIAN |
| 11/08/2013 03:00 PM | 113 | Law Day Docket | QUASH DEPOSITIONS - MOTION TO (TRCP 186B) | Passed | BY KELLER 11-6-13 | KELLER, BRIAN |
| 11/08/2013 03:00 PM | 113 | Law Day Docket | QUASH DEPOSITIONS - MOTION TO (TRCP 186B) | Passed | BY KELLER 11-7-13 | KELLER, BRIAN |
| 11/08/2013 03:00 PM | 113 | Law Day Docket | MOTION FOR CONTINUANCE (FAMILY) | Passed | | MOSELEY, LESLYE ELLEN |